# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 6:13-CV-269 |
| § | |
| TRACTOR SUPPLY COMPANY, § TRACTOR SUPPLY CO. OF § TEXAS, L.P., AND SAFETY NATIONAL § CASUALTY CORPORATION, § § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TRACTOR SUPPLY CO. OF TEXAS L.P.'S COUNTERCLAIM AGAINST IRONSHORE SPECIALTY INSURANCE COMPANY

Defendant, Tractor Supply Co. of Texas, L.P. ("TSCTX"), files this Stipulation of Dismissal Without Prejudice of Defendant/Counter-Plaintiff's Counterclaim (D.E. 15) filed on February 3, 2014 against Plaintiff/Counter-Defendant Ironshore Specialty Insurance Company.

Respectfully submitted,

*/s/ Matt R. Pickelman*

MATT R. PICKELMAN
Texas Bar No. 24013328
mpickelman@qslwm.com
ELSPETH A. BROTHERTON
Texas Bar No. 24084779
ebrotherton@qslwm.com

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telecopier)

**ATTORNEYS FOR DEFENDANTS TRACTOR SUPPLY COMPANY AND TRACTOR SUPPLY COMPANY OF TEXAS, L.P.**


*/s/ George McCall*
GEORGE MCCALL
Texas Bar No. 1344800
George.mccall@sedgwicklaw.com

**SEDGWICK, LLC**
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 227-8200
(469) 227-8004 (fax)

**ATTORNEY FOR PLAINTIFFIRONSHORE SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has been furnished to all counsel of record electronically in accordance with the Federal Rules of Civil Procedure, this 12th day of June 2014.

                                          */s/Matthew R. Pickelman*
                                          MATTHEW R. PICKELMAN