

## Adkerson, Hauder & Bezney, P.C.
ATTORNEYS AND COUNSELORS

1700 PACIFIC AVENUE    SUITE 4450    DALLAS, TEXAS 75201-7323
214.740.2500(MAIN)    214.740.2501(FAX)

PAUL A. BEZNEY, ATTORNEY
DIRECT DIAL: 214.740.2523                                                E-MAIL: paul@ahblaw.net

April 29, 2016

***Via Electronic Filing***
The Honorable Walter S. Smith, Jr.
United States District Court for the Western District of Texas
Waco Division
800 Franklin Avenue
Waco, TX 76701

> Re:    *Ironshore Specialty Insurance Company v. Tractor Supply Company, Tractor Supply Company of Texas, L.P., and Safety National Casualty Corporation*; 6:13-cv-00269; U.S. District Court for the Western District of Texas, Waco Division

Dear Judge Smith:

On behalf of Defendant Safety National Casualty Corporation, I am notifying the Court of the Waco Court of Appeals' decision issued yesterday in the State Court lawsuit made the basis of Plaintiff Ironshore Specialty Insurance Company's request for declaratory judgment in the above-referenced lawsuit. I am attaching a copy of the Court of Appeals' decision. The Waco Court of Appeals reversed the trial court judgment and rendered judgment that Plaintiff take nothing from Tractor Supply in the underlying Sate Court lawsuit.

Currently pending before this Court are the parties' cross-motions for summary judgment (Doc. Nos. 44, 70, 72, 75 & 77) with regard to liability for any judgment against Tractor Supply in the underlying State Court lawsuit. In light of the Waco Court of Appeals' decision, we believe at this time the issues raised by Ironshore in this lawsuit and the subject of the parties' cross-motions for summary judgment in this matter are all moot.

Very truly yours,

*Paul A. Bezney*

Paul A. Bezney

cc:    All Counsel of Record (*via electronic filing*)

K:\1801.06\Correspondence\Letter to Judge Smith re Waco Court of Appeals Decision.docx                - 1 -