

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>TRACTOR SUPPLY COMPANY, TRACTOR SUPPLY CO. OF TEXAS, L.P., and SAFETY NATIONAL CASUALTY CORPORATION,<br>    Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. W-13-CV-269 |

## ORDER

Defendant Safety National Casualty Corporation has filed a notice with the Court that reflects that the issues raised in this case are moot in light of the decision of the Tenth Court of Appeals in *Tractor Supply Co. of Texas, L.P. v. Kenneth Edd McGowan*, No. 10-14-00132-CV (April 28, 2016). No party has opposed or otherwise responded to Defendant's notice. Accordingly, it is

**ORDERED** that this case is **DISMISSED** as moot in light of the Tenth Court of Appeals' decision. It is further

**ORDERED** that any motions not previously ruled upon by the Court are **DENIED**.

SIGNED this 18th day of May, 2016.

WALTER S. SMITH, JR.
United States District Judge